UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRIS CARBAJAL,

    Plaintiff,

v.

NEIL M<sup>c</sup>DOWELL, *et al.*,

    Defendants.

No. 5:18-cv-01287-JVS-FFM

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that:

(a)    plaintiff's claim that the strip search violated his Eighth Amendment rights is dismissed with prejudice;

(b)    plaintiff's First Amendment retaliation claim is dismissed with prejudice;

(c)    plaintiff's due process claim is dismissed with prejudice;

(d) defendants' request for qualified immunity is denied without prejudice as to plaintiff's Fourth Amendment claim and Eighth Amendment van confinement and waiting room claims; and

(e) plaintiff is granted leave to amend his Eighth Amendment van confinement and waiting room claims. Plaintiff's amended pleading must be filed within **30 days** of the date hereof. The amended pleading must be captioned "Second Amended Complaint" and must be complete in itself, without reference to the Complaint or First Amended Complaint. The Second Amended Complaint must cure the defects for which the Court has granted plaintiff leave to amend. Plaintiff shall not add any claims or defendants to the Second Amended Complaint that are not included in the Complaint or First Amended Complaint.

DATED: October 25, 2019

JAMES V. SELNA
United States District Judge